**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| PRISCILLE G. ATKISSON,<br><br>          Plaintiff,<br><br>     v.<br><br>CITIBANK, N.A., *et al.*,<br><br>          Defendants. | Case No. 2:16-cv-00855-APG-GWF<br><br>**ORDER STAYING DEADLINES AND SETTING DATE FOR FILING DISMISSAL DOCUMENTS** |

In light of the notice of settlement (ECF No. 14),

IT IS ORDERED that all pending dates, deadlines, and filing requirements as to defendant Jeanne D'Arc Credit Union are vacated.

IT IS FURTHER ORDERED that the parties shall file a stipulation to dismiss as to defendant Jeanne D'Arc Credit Union on or before August 22, 2016.

DATED this 12th day of July, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE