1

2

3

4                    **UNITED STATES DISTRICT COURT**

5                        **DISTRICT OF NEVADA**

6

7    PRISCILLE G. ATKISSON,                    )

8                          Plaintiff,          )      Case No. 2:16-cv-00855-APG-GWF

                                               )
9    vs.                                       )      **ORDER OF RECUSAL**

                                               )
10   CITIBANK, N.A., *et al.*,                 )

                                               )
11                       Defendants.           )

     _____ )

12

13        The undersigned United States Magistrate Judge for the District of Nevada hereby recuses

14   himself from the above-entitled matter in order to avoid the appearance of impropriety, in a

15   proceeding in which his impartiality might reasonably be questioned.  Code of Judicial Conduct,

16   Canon 3(E)(1) and 28 U.S.C. § 455(a).

17        Based on the foregoing and good cause appearing therefor,

18        **IT IS ORDERED** that this matter shall be returned to the Clerk of the Court for random

19   reassignment to another Magistrate Judge.

20        DATED this 18th day of November, 2016.

21

22                                          _____

23                                          GEORGE FOLEY, JR.
                                            U.S. MAGISTRATE JUDGE

24

25

26

27

28