# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PRISCILLE G. ATKISSON,<br><br>  Plaintiff,<br><br>vs.<br><br>CITIBANK, NATIONAL ASSOCIATION, et al.,<br><br>  Defendants. | Case No. 2:16-cv-00855-APG-NJK<br><br>ORDER |

Pending before the Court is notice of settlement between Plaintiff and Defendant Experian Information Solutions, Inc. Docket No. 33. Plaintiff and Defendant have resolved their dispute on an individual basis, and anticipate filing a stipulation of dismissal with prejudice within 60 days. *Id.* The Court **GRANTS** Plaintiff's request to vacate all pending dates and filing requirements as to Defendant Experian Information Solutions, Inc. The Court **ORDERS** Plaintiff and Defendant Experian Information Solutions, Inc. to file a stipulation of dismissal, no later than January 21, 2017.

IT IS SO ORDERED.

Dated: November 22, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge