1  Jennifer L. Braster
   Nevada Bar No. 9982
2  MAUPIN • NAYLOR • BRASTER
   1050 Indigo Drive, Suite 200
3  Las Vegas, NV  89145
   (T) (702) 420-7000
4  (F) (702) 420-7001
   jbraster@naylorandbrasterlaw.com
5
   Attorneys for Defendant
6  Experian Information Solutions, Inc.

7

8  **UNITED STATES DISTRICT COURT**

9  **DISTRICT OF NEVADA**

10

| 11 | PRISCILLE G. ATKISSON, | Case No. 2:16-cv-00855-APG-GWF |
|---|---|---|
| 12 | Plaintiff, | **STIPULATION OF DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC. PURSUANT TO FRCP 41(a)(1)(A)(ii)** |
| 13 | v. | |
| 14 | CITIBANK NATIONAL ASSOCIATION; JEANNE D'ARC CREDIT UNION; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC., | |
| 15 | | |
| 16 | | |
| 17 | Defendants | |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendant Experian Information Solutions, Inc. ("Experian") hereby stipulate to the voluntary dismissal of Experian from the above captioned action, with prejudice.

| | |
|---|---|
| Dated: February 13, 2017 | Dated: February 13, 2017 |
| MAUPIN • NAYLOR • BRASTER | KNEPPER & CLARK, LLC |
| By: */s/ Jennifer L. Braster*<br>Jennifer L. Braster<br>Nevada Bar No. 9982<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145 | By: */s/ Miles N. Clark*<br>Matthew I. Knepper<br>Miles N. Clark<br>10040 W. Cheyenne Ave. Suite 170-109<br>Las Vegas, NV 89129 |
| *Attorneys for Defendant Experian Information Solutions, Inc.* | David H. Krieger<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, NV 89123 |
| | *Attorneys for Plaintiff* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: February 14, 2017.